**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

UNITED STATES OF AMERICA,

        **Plaintiff,**

**v.**

WYATT DOUGLAS MILLER,
ET AL,

        **Defendants.**

**Case No. 23-CR-331-JFH**

**Bill of Particulars for Forfeiture of Property**

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States hereby

provides notice that the following assets are subject to forfeiture on the basis of the

forfeiture allegations set forth in the Superseding Indictment filed in the above-styled

criminal case.  The Superseding Indictment provides notice that, upon conviction of

the charges, as part of their sentences, the defendants shall forfeit any property

constituting, or derived from, proceeds obtained, directly or indirectly, as a result of

such conspiracy and any property used, or intended to be used, in any manner or

part, to commit, or to facilitate the conspiracy.  Pursuant to this Bill of Particulars,

the United States provides notice that upon conviction, in addition to the property

listed in the Superseding Indictment, certain additional specific property is subject to

forfeiture, including, but not limited to:

**ELECTRONIC DEVICES**

1. A Brother Scan Cut DX;

2. Six Garmin watches;

3. Two Garmin Sapphire Solar Fenix 7x Smartwatches;

4. Nine Garmin Enduro 2 Smartwatches;

5. A Google Speaker;

6. Four Google Nest Doorbells;

7. Two Google Nest Doorbells, Model 2nd Generation;

8. Twelve Google Nest Learning thermostats;

9. Four Google Nest by Yale Locks;

10. Eight Google Nest Locks;

11. Four Google Nest Wifi Routers;

12. A Sony Playstation PS5;

13. Ten Ring Video Doorbell Elites;

14. Five Ring Video Cameras;

15. Six Ring Doorbells Model Pro2;

16. Seven Ring Doorbells;

**HOUSEHOLD GOODS**

17. Two Baby Brezza Formula Pros, Style FRP0066;

18. Three Baby Brezza Milk Warmers;

19. Seventeen Breast Pumps;

20. A Breville One Touch Espresso Machine;

21. Ninety-two Coway Airmega Air Purifiers;

22. Fifty-one Cricut Mug Presses;

23. Twenty-seven Vortez Crossfire HD 12x50, CF-4314 Binoculars;

24. Two Cuisinart Food Processors, Model DFP14BCWN;

25. Three Cuisinart Food Processors, Model DFP14BCWNYESP;

26. Three Cuisinart Food Processors, Model DFP-14BCNY;

27. Ten Delta Faucets;

28. Twelve Delta Keele Pull Down Faucets, Model 19824LF-BL;

29. Three Dewalt Impact Drivers, Model DCF8096B;

30. Two Dewalt Hammer Drills, Model DCD996D;

31. Two Dewalt Hammer Drills, Model DCD805B;

32. A Dewalt Circular Saw, Model DCS574B;

33. Three Dewalt Grease Guns, Model DCGG571B;

34. Four Dewalt Drill Drivers, Model DCD708B;

35. Seven Dewalt Brad Nailers, Model DCN680B;

36. Two hundred forty-five Dewalt Precision Wrenches, Model DCF894B;

37. A Dyson Vacuum/Shampooer;

38. Two Dyson Hair Dryers;

39. Thirty-four Dyson Purifiers Cool auto React, Model TP7A;

40. Three Fellow Ode Brew Grinders;

41. Three Fellow Coffee Grinders;

42. Three Fellow Stagg X Pour Over Drippers;

43. Three Fellow Carafes;

44. Three Fellow Vacuum Canisters;

45. Three Fellow Carter Move Mug and Splash Guards;

46. Six Fellow Stagg EKG Electric Pour Over Kettles;

47. Eleven Fellow Miscellaneous Coffee accessories;

48. Five Fellow Coffee Grinder, Kettles, and accessories;

49. Two iHome Autovac's Model IHRV6-BK;

50. A Insinkerator Garbage Disposal;

51. Forty-three iRobot Roombas, Model i3+;

52. Six iRobot Roombas, Model i3;

53. Forty-three iRobots, Model Braava Jet M611020;

54. A Levoit Air Purifier;

55. Seventy-eight Milwaukee Electronic Tools, Model 2868-20;

56. Twenty-three Milwaukee Electronic Tools, Model 2869-20;

57. Two Milwaukee Chain Saws, Model 2727-21HD;

58. Six Milwaukee Finish Nailers, Model 2746-20;

59. Nineteen Milwaukee Impact Wrenches, Model 2867-20;

60. Thirty-nine Milwaukee Rotary Hammers, Model 2717-20;

61. Nine Milwaukee Demolition Hammers, Model 5446-21;

62. A Milwaukee Framing Nailer, Model 2745-20;

63. Two Milwaukee Socket 47 Piece sets;

64. Two Milwaukee Socket 50 Piece sets;

65.     Two Milwaukee Socket 56 Piece sets;

66.     Eight Milwaukee M18 Fuel Drills, Model 2864-20;

67.     Four Ninja Foodi XL's, Model OL601;

68.     One hundred five Philips Hue Light Bulbs;

69.     Fifteen Philips Lightstrip Plus LED Lights;

70.     Fifty-nine Philips Light Bulbs;

71.     Thirty Philips Lightstrip Plus Starter Kits;

72.     Two Phillips Sonicare 9700 Diamond Clean Smart Toothbrushes;

73.     Three Phillips Sonicare 9500 Diamond Clean Smart Toothbrushes;

74.     Two Robo Mops;

75.     Three Shark Air Purifiers;

76.     Three Sunjoe Pressure Washers, Model SPX2688-MAX;

77.     Seven Universal Shower Heads;

78.     Seven Willow Breast Pumps;

79.     Ten Yeti Coolers;

80.     Two coffeemakers brand unknown;

81.     Fifty-three electric toothbrushes brand unknown;

**CLOTHING**

82.     Two Patagonia Atom Slings;

83.     Three pairs of Brooks Shoes;

84.     One thousand Eight Hundred Thirty-Six Carhartt Beanies;

85.     One Carhartt Quilt Line Coat;

86. Two hundred eighty-one pairs of Carhartt Gloves;

87. Sixteen Carhartt jackets;

88. Two hundred eighty-four black Carhartt jackets;

89. Two hundred twenty-one brown Carhartt jackets;

90. Thirty-six pairs of Carhart knee pads;

91. Twenty-five pairs of Carhartt shoes;

92. Five pairs of Christian Louboutin shoes;

93. Three hundred forty-seven black Dickie T-shirts;

94. Ten packages of Hanes Boxer packs;

95. Two Hanes pajama sets;

96. Thirty-five Hanes T-shirts packs

97. Ten white Hanes T-shirt packs;

98. Twenty Hanes underwear packs;

99. Eighty-seven pairs of Hoka shoes;

100. Nineteen pairs of Hoka slides;

101. Nine miscellaneous Louis Vuitton Items;

102. A pair of New Balance Shoes;

103. Eight Olukai Shoeboxes;

104. One hundred eighty-three pair of Olukai Shoes;

105. Two Hundred seventy-three Patagonia Jackets;

106. One hundred six Patagonia Puff Jackets;

107. Fifteen Patagonia Men's Classic Retro-X Jackets;

108.   Eighty Patagonia Men's Down Sweaters;

109.   Ten Patagonia Vests;

110.   Three hundred twenty-four Patagonia Duffle Bags;

111.   Two hundred twenty-five pairs of UGG Shoes;

112.   Fourteen unknown brand Baseball Hats;

113.   Five unknown brand Hip Packs;

114.   Twenty-two unknown brand T-shirts;

115.   Five pair unknown brand of Pants;

**COLLETIBLE ITEMS**

116.   Eighteen Star Wars Lego kits; and

**SPORTS EQUIPMENT**

117.   Ten Titleist Golf Balls.

Pursuant to Title 21, United States Code, Section 853(p), the defendant shall forfeit substitute property, up to the value of the property described above if, by any act or omission of the defendant, the property described above, or any portion thereof, cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

The above assets have been seized and are in the custody of the United States Marshall Service.

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A) and Title 28, United States Code, Section 2461.

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Reagan V. Reininger*
REAGAN V. REININGER, OBA # 22326
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK 74119
Telephone: (918) 382-2700
Email: reagan.reininger@usdoj.gov

**Certificate of Service**

I hereby certify that on February 8, 2024, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

*/s/ Pam Kuch*
PAM KUCH, Paralegal