FILED

JAN 1 2 2026

Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

United States

v

Prit Patel

Case No. 4:23CR00331-19-JDR

## Motion for Return of Property Under FRCrP 41(g)

After the termination of a criminal matter, a defendant may petition the Court under Federal Rule of Criminal Procedure 41(g) for the return of property taken for use as evidence in the criminal case, which is then treated as a new civil case in equity, U.S. v Bailey, 508 F3d 736, 738 (5th, 2007). The petitioner must show that he has a possessory interest in the property and that he has clean hands, U.S. v Howell, 425 F3d 971, 974 (11th, 2003). If this showing is made, the Government has the burden of showing they have a right to keep the property, U.S. v Oduu, 564 F Appx 127, 130 (5th, 2014). The presumption is always that the defendant has a right to return of his property.

Here, the Government has a cell phone and other real property belonging to the defendant. As the items were for evidentiary value, there should be little question of possessory rights. Since none were subject to forfeiture, defendant should be entitled to their return. He therefore prays for their prompt return.

√ Mail     ___ No Cert Svc     ___ No Orig Sign

___ C/J     ___ C/MJ     ___ C/Ret'd     ___ No Env

___ No Cpys     √ No Env/Cpys     ___ O/J     ___ O/MJ

Respectfully submitted,
this 31st day, December 2025

PRIT PATEL
13910-506
Medical Center for Federal Prisoners
P.O. Box 4000
Springfield, Missouri 65801-4000

SPRINGFIELD MO 658
7 JAN 2026 AM 2 L

Postmarked 1/7/26
23cr-331-JDR-19

US COURTHOUSE
333 WEST FOURTH STREET
ROOM 411
TULSA, OK 74103-3819

RECEIVED
JAN 12 2026
Heidi D. Campbell, Clerk
U.S. DISTRICT COURT

74103-380159

FOREVER / USA