**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

United States of America,

Plaintiff,

vs.

Tyler Dewayne Rogers,

Defendant(s).

| | |
|---|---|
| Case No.: | 23-cr-331-JDR-3 |
| Date: | 4/24/2026 |
| Court Time: | 11:00 a.m. to 12:15 p.m. |

**MINUTE SHEET - SENTENCING**

John D. Russell, U.S. District Judge       C. Butler, Deputy Clerk       Cheryl Rylant, Reporter       Crt Rm 1

Counsel for Plaintiff: Ashley Robert       Counsel for Defendant: Paul Wilkening , Appt.

Probation Officer: Jessica Barnett       Interpreter: ☐ sworn; ☐ N/A

☒ Defendant appears in person with counsel       ☐ Counsel waived       ☐ Evidentiary

☒ Plaintiff & Defendant reviewed PSI:       ☐ Objs by:   ☐ Pltf   ☐ Deft;   ☒ No Objs;       ☒ Court adopts/accepts

☒ 18:3553 Findings re: PSI/Sentence made;       ☒ Findings re: Plea Agreement Accepted

☐ Sentence re: Guideline; ☒ Findings made; ☐ Departure: ☒ Variance:       ☐ Upward       ☒ Downward

☐ Victim present and heard; ☐ Victim present   ☒ Victim not present

☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown

☒ Motion [Dkt. 503 ]:   ☐ Granted ☐ Denied   ☐ Granted/Denied in part   ☒ Moot

☒ Motion [Dkt. 565 ]:   ☒ Granted ☐ Denied   ☐ Granted/Denied in part   ☐ Moot

☒ Motion [Dkt. 592 ]:   ☐ Granted ☐ Denied   ☐ Granted/Denied in part   ☐ Moot

☒ Motion [Dkt. 611 ]:   ☐ Granted ☐ Denied   ☒ Granted in part   ☐ Moot

**SENTENCE: As to Count(s)** 1 _____ of the **Superseding Indictment** :

☒ Bureau of Prison for a term of   51 months   ☐ Concurrent   ☐ Consecutive   ☐ Not Imposed

☐ Probation for a term of   ☐ Concurrent   ☐ Consecutive   ☐ Not Eligible

☒ Supervised Release for term of   3 years   ☐ Concurrent   ☐ Consecutive   ☐ Not Imposed

☐ Fine:   $ _____   ☐ With Interest   ☐ Interest Waived   ☐ Not Imposed

☐ Restitution:   $ _____   ☐ With Interest   ☐ Interest Waived   ☐ Not Applicable

☒ Special Monetary Assessment   $ 100   ☒ Due Immediately   ☐ As Directed

☒ Order of Forfeiture [Dkt. 500 ]: is hereby incorporated into the Judgment by reference

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

☒ Firearm, Ammunition, et al Restriction       ☐ Gambling;   ☐ to include treatment

☒ DNA Sample       ☐ Home Detention Condition - _____ months*

☒ Controlled Substances Restriction       ☐ Immigration

☒ Drug Testing   ☐ Drug Testing Suspended       ☒ Mental health   ☐ to include treatment

☐ Alcohol Abstinence       ☐ No contact with Victim

☐ Anger Management       ☒ Search & Seizure

☐ Community Confinement - _____ months       ☐ Sex Offender - Paragraphs _____

☐ Community Service - _____ hours       ☐ Sober Living

☐ Computer Restriction       ☒ Substance Abuse Treatment & Testing

☐ Curfew - _____ months*       ☐ Workforce Development

☐ Domestic Violence Program

☒ Financial       *Entire cost of the electronic monitoring shall be paid by: ☐ Prob   ☐ Deft

☒ Defendant advised of right to appeal       Court recommends to BOP:

☐ Appeal affidavit required       ☒ Designate a facility located in or near:   San Diego, CA

☐ Maximum Security Facility where Incoming and Outgoing Mail is monitored

☐ Residential Drug Abuse Treatment       ☐ Mental/Medical Evaluation

☐ Most comprehensive substance abuse treatment available

☐ Other: _____

☐ Deft to self surrender to designated institution by 2:00 p.m. on: _____, U.S.M. to advise of institution; ☐ Findings made

☒ Remaining counts ordered dismissed:   Indictment as to this defendant

☒ Defendant remanded to custody of U.S. Marshal

**Additional Minutes:**